**Joel Christopher WILSON, Petitioner–Appellant,**

v.

**ATTORNEY GENERAL OF DELAWARE, Respondent–Appellee.**

No. 01–7332.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.

Joel Christopher Wilson, pro se.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Joel Christopher Wilson appeals from the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. *Wilson v. Attorney General,* No. CA–01–1864–JFM (D.Md. July 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*